IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02631-PAB-KMT

KIMBALL BALLARD, an individual citizen of the State of Colorado,

    Plaintiff,

v.

QWEST SERVICES CORPORATION, f/k/a QWEST CORPORATION, a
Colorado for profit corporation, and
COMMUNICATION WORKERS OF AMERICA, (assumed entity name AFA-CWA
COUNCIL 09 (CWA27009), a Washington D.C. non-profit local labor union authorized
to do business in the State of Colorado,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 22]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 22] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 19, 2010.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge